D. C. Form No. 100

**46674**

CRIMINAL DOCKET

THOMAS THORNTON

| TITLE OF CASE | ATTORNEYS |
|---|---|
| THE UNITED STATES | *For U.S.:* Ralph B. Guy, Jr. |
| vs. | William C. Ibershof |
| RICHARD FREDERICK DIXON 3/2/77 | |
| | *For Defendant:* Federal Defender |
| Vio: Section 1472 (i), Title 49, USC | Office, 600 Woodward Ave., |
| Section 1201 (a), Title 18, USC | Detroit, Mich 48226 961-4150 |
| (Aircraft piracy - kidnapping) | |

| ABSTRACT OF COSTS | AMOUNT | CASH RECEIVED AND DISBURSED ||||
|---|---|---|---|---|---|
| | | DATE | NAME | RECEIVED | DISBURSED |
| *Fine,* | | | | | |
| *Clerk,* | | | | | |
| *Marshal,* | | | | | |
| *Attorney,* | | | | | |
| *Commissioner's Court,* | | | | | |
| *Witnesses,* | | | | | |

| 1972 DATE | PROCEEDINGS |
|---|---|
| Jan. 19 | Indictment and report, filed. |
| " 20 | Warrant issued. |
| 1976 | |
| Mar 23 | 2. Petition and order for writ of habeas corpus ad prosequendum. Writ issued (dated March 22/76)                                    Thornton, J |
| " 29 | -- Deft, without counsel-court to appoint Federal Defender Office, deft remanded to marshal, detainer placed, arraignment adj. to 2:00 (T 549)                                                            Hackett, M |
| " " | -- Deft rep by John Tapp, stands mute-plea of not guilty entered by court, detainer placed-local authorities (T 550)        " " |

46674

| DATE 1976 | PROCEEDINGS |
|---|---|
| Mar 29 | 3. Deft's acknowledgment with acknowledgment of defense counsel. |
| " 30 | 4. Order of reference to U S Magistrate Hackett re: pretrial conference.                                          Thornton,J |
| " " | 5. Affidavit and order appointing Federal Defender Office.  Hackett,M (dated March 29/76) |
| Apr 6 | 6. Notice of pretrial before Magistrate Hackett set for April 13/76. |
| " 7 | 7. Writ. |
| " 13 | -- Pre-trial held                                                                      " " |
| " 15 | 8. Pretrial conference summary order.    Thornton,J               " " |
| Aug 26 | 9 Notice of final pretrial conf. set for Sept 27/76 |
| Sept 13 | 10 Pet & order for writ of habeas corpus ad prosequendum for Richard Dixon                                       Thorton J |
| " 27, | --. Pre-trial hedl.    D.D.9/28/76    Thornton, J. |
| " 29, | --. pre-trial held. Trial set for Nov.16/76   D.D.10/1/76 Thornton, J. |
| " 29, | 11. Notice of jury trial set for Nov.16/76. D.D.10/1/76 |
| Oct.14, | 12. return on writ.    DD.10/14/76. |
| " 19 | 13 Deft's motion to compel line-up, proof of service BA    DD 10/20/76 |
| " " | 14 Deft's motion to dismiss indictment with demand for Brady Material BA    DD 10/20/76 |
| " " | 15 Motion to suppress statements with notice of defense based upon mental conditi dd 10/20/76 |

CRIMINAL DOCKET                                                          Page 2.

| DATE | | PROCEEDINGS |
|---|---|---|
| 1976 | | |
| Oct 29 | 16 | Pet. & order for writ of haveas corpus ad prosequendum as to deft Dixon   DD11/1/76                                        Thornton J |
| Nov 1 | 17 | Gorernment's answer ot opposition to deft's motion for line-up identification   proof of service,  BA   DD11/1/76 |
| "    " | 18 | Government's answer in opposition to deft's motion to suppress statments proof of service  BA    DD11/1/76 |
| "  2 | 19 | Government's answer in opposition to Defendant's motion to dismiss Indictment. w/ proof of service (BA)   DD 11/03/76 |
| "  2 | 20 | Deft. Nixon's supplement to motion to suppress statements w/ proof of service (BA)     DD 11/03/76 |
| "  2 | 21 | Transcript of  Monday, Sept. 27 & Wednesday, Sept. 29 DD 11/03/76 |
| "  4 | -- | Evidentairy hearing on suppress statements under advisement DD11/5/76                                         Thornton J |
| "   " | -- | Motion re compel of the lineup, Denied     DD11/5/76                                                       "        " |
| " 8, | 22. | Government's supplemental memorandum of law relative to deft's motion to suppress statements with proof of service & attachments.                                                        DD.11/8/76 |
| " 8, | 23. | Plft's motion to compel the deft. to give handwriting exemplars with B/A.       DD.11/9/76 |
| " 9, | 24. | Order denying deft's motion to compel line-up.DD.11/9/76 Thornton,J. |
| " 9, | 25. | Memorandum in support of supplement to motion to suppress statements with attachments & proof of service.    DD.11/9/76 |

D. C. 109

| DATE | PROCEEDINGS |
|---|---|
| Nov. 9, | --. Deft's motion for continuance of trial date granted; trial adj. to 12/7/76; Plft's motion to compel granted; deft. to furnish handwriting exemplars.    DD.11/10/76    Thornton, J. |
| " 10, | 26. Order denying motion of deft. to dismiss indictment. DD.11/11/76 Thornton,J. |
| " 10, | 27. Order deyning deft's motion to suppress statements. DD.11/11/76 Thornton,J. |
| " 10, | 28. Order granting plft's motion to compel deft. to give handwriting exemplars.    DD.11/11/76    Thornton,J. |
| " 11, | 29. Deft's motion to suppress evidence & for return of property with attachments, B/A & proof of service. DD.11/11/76 |
| " 15, | --. Government's OSC hrg. held-deft. refuses to submit handwriting exemplars. Deft. is found in civil contempt & is sentenced to the custody of U.S.Marshal    DD.11/16/76 Thornton,J. |
| " 17, | 30. Order of contempt as to deft. Richard Dixon; ordered that deft. be remanded to U.S.Marshal or until such time as he purges himself of contempt.    DD.11/17/76    Thornton,J. |
| " 18, | 31. Government's answer in opposition to deft's motion to suppress evidence with B/A & proof of service.    DD.11/18/76 |
| Nov.23, | --Evidentiary hearing on deft's motion to suppress evidence & for return of property continued to 11/30/76.    DD.11/24/76    Thornton,J. |
| " 29, | 32. Deft's notice of objections to exhibits. DD.11/30/76. |
| " 29, | 33. Deft's memorandum of law re rehearing on motion to dismiss.DD.11/30/76 |
| " 30, | 34.Motion & order to serve Subpeona on Detective Robert Rank.DD.11/30/76    Thornton,J. |
| " 30, | --. Evidentiary hrg. re deft's motion to dismiss filed 10/19/76-this matter has already been determined no further opinion is necessary.DD.11/30/76    Thornton,J. |

Richard Dixon  Thornton, J.  Page 3

**CRIMINAL DOCKET** 46674

| DATE 1976 | PROCEEDINGS |
|---|---|
| Dec. 6, | 35. Deft's motion for fair procedures in jury selection with affidavits, attachments, proof of service & B/A. DD.12/6/76 |
| " 7, | --. Hrg. on deft's motion for fair procedure In jury selection & voir dire- motion denied;Jury trial starts, jury empaneled & sworn adj. to 12/8/76. DD.12/8/76 Thornton,J. |
| " 7, | 36. Voucher of court reporter William E. Ohland for compensation in $36.00. DD.12/8/76 Thornton,J. |
| " 7, | 37. Voucher of Diana M. Helvely for compensation in $57.60. DD.12/8/76 Thornton,J. |
| " 7, | 38. Deft's requested voir dire questions. DD.12/8/76 |
| " 8, | 39. Order denying deft's motion for dismissal of indictment.DD.12/8/76 (petit jury array) Thornton,J. |
| " 8, | 40. Order denying deft's motion for dismissal of indictment(Grand Jury array) .DD.12/8/76 Thornton,J. |
| " 7, | 41. Deft's motion for suppression of in-court identification. (ok to file w/o brief by J.S.) DD.12/8/76 |
| " 7, | 42. Deft's motion for dismissal of indictment.(ok to file w/o brief by J.S.) DD.12/8/76 |
| " 7, | 43. Deft's motion for preparation of transcript at government expense, B/A. DD.12/8/76 |
| " 8, | --.Jury trial resumes; adj. to 12/9/76 |
| " 9, | 44. Deft's motion & order to serve subpoena. DD.12/9/76 Thornton,J. |
| " 9, | --. Jury trial resumes; adj. to 12/10/76. DD.12/10/76 Thornton,J. |
| " 10, | 45. Marshal's return on subpoena. DD.12/10/76 |

D. C. 109

| DATE | PROCEEDINGS |
|---|---|
| Dec.10, | --. Jury trial resumes; adj. to 12/14/76    DD.12/13/76   Thornton,J. |
| " 13, | 46. Order from C.C.A. denying deft's motion for continuance. DD.12/13/76 |
| " 14 | -- Motion for judgment of acquittal under Rule 29 FRCP heard and denied; motion for judgment of acquittal and/or in the alternative, a mistrial re fair jury procedure heard and denied; motion re whereabout witness - if marshal is unable to find witness (Linda Johnson) deft. wishes to take stand re his whereabouts during Oct. 11/71 heard and denied; motion to dismiss Ct. 2 of indictment or in the alternative deft. wants the govt. to decide on which count they wish to prosecute heard and denied. DD 12/15/76.    Thornton,J. (these motions are all the deft's motions) |
| " 14 | -- Jury trial resumes; adj. to Dec. 16/76.   DD 12/15/76   "   " |
| " 16, | 47. Government's request to charge. DD.12/17/76 |
| " 16, | 48. Deft's requested jury instructions. DD.12/17/76 |
| " 16, | 49. Jury requests. DD.12/17/76 |
| " 16, | --. Jury trial resumes; verdict of guilty as to counts 1&2, referred to probation, remanded.   DD.12/17/76   Thornton,J. |
| " 16, | 50. Jury note re verdict-verdict reached. DD.12/17/.76 |
| " 16, | 51. JURY VERDICT: jury finds deft. Dixon guilty as to cts.1&2, referred to probation & remanded. DD.12/17/76   Thornton, J. |
| " 22 | 52. Motion by deft. for trial transcript. DD 12/22/76 (and for stay of imprisonment & relief pending review) |
| " 22 | 53. Motion by deft. for new trial. DD 12/22/76. |
| " 17, | 54. Order authorizing luncheons for jurors & accompanying officers DD.12/28/76    Thornton,J. |

CRIMINAL DOCKET  Richard Dixon                                                           46674

| DATE | PROCEEDINGS |
|------|-------------|
| 1977 | |
| Jan. 11, | 55. Government's answer in opposition to deft's motion for new trial with proof of service. DD.1/11/77 |
| FEb.11, | 56. Order denying deft's motion for new trial with attachments. DD.2/11/77 Thornton,J. |
| Feb.11, | 57. Proof of service re order denying deft's motion for new trial. DD.2/11/77 |
| " 24 | -- Deft Dixon sentenced   DD2/25/77            Thornton |
| "28, | 58. Deft's application & order for preparation of the transcript at government expense. DD.3/1/77 Thornton,J. |
| March 2, | 59. JUDGMENT:Deft. committed to the Attorney General for twenty(20) years on ct.1; twenty(20) years on ct.2. The Sentence of 20 yrs. on ct. 2 shall run consecutive to the sentence of 20 yrs on ct.1 The foregoing sentences on cts.1&2 are to run consecutive to the life sentence your are presently serving at the State Prison of Southern Michigan at Jackson, for the crime of second degree murder. In the event that the appeal by yourself of the conviction that brought about your present state sentence, which appeal is presently pending in the Michigan Court of Appeals, results in your acquittal, then the sentences herein imposed for convictions under the two counts set forth in the instant indictment shall run as imposed without reference to any state sentence. (DATED 2/24/77)  DD.3/2/77 Thornton,J. |
| "2 | 60. Governments answer in opposition to defts motion for a stay of imprisonment relief pending review with proof of service. B/A. DD3/7/77 |
| Feb.24, | 61. Deft's notice of appeal re judgment & sentence of 2/24/77.DD.3/7/77 |
| March 7, | 62. Letter re appeal. DD.3/7/77 |
| " 7, | 63. Proof of service re notice of appeal. DD.3/7/77 |

D.C. 109

| DATE | PROCEEDINGS |
|---|---|
| 1977 | |
| Mar 22 | 64  Ret on pet & writ of Habeas Corpus ad prosequendum |
| " 23, | 65. Transcript of 12/7/76. DD.3/23/77 |
| " 23, | 66. Transcript of 12/8/76. DD.3/23/77 |
| " 23, | 67. Transcript of 12/9/76. DD.3/23/77 |
| " 23, | 68. Transcript of 12/10/76. DD.3/23/77 |
| " 23, | 69. Transcript of 12/16/76. DD.3/23/77 |
| " 23, | 70. Transcript of 12/14/76. DD.3/23/77 |
| "23, | 71. Transcript of 11/9/76. DD.3/23/77 |
| " 23, | 72. Voucher of W.Douglas Maton for compensation in $1902.00.DD.3/23/77 Thornton,J. |
| " 29, | 73. Record on appeal. DD.3/30/77 |
| " 30, | 74. Order from C.C.A. granting deft's motion for appointment of substitute counsel. DD.3/31/77 |
| April 7, | 75. Acknowledgment from C.C.A. re record on appeal.DD.4/8/77 |
| 1979 | |
| Mar. 8 | -- Mandate from CCA affirming the decision of the District Court.  DD 3/8/79<br>Hehman, CCA |
| May 23 | Denial of writ of certiorari from the Supreme Ct. DD 8/24/79 |