United States District Court
Eastern District of Michigan
Southern Division

UNITED STATES OF AMERICA,

        Plaintiff,                         Case No. 72-cr-46674

v.                                  Hon. Laurie Michelson

RICHARD DIXON,

        Defendant.

_____/

### Motion For Leave to Seal Exhibits to Response to Defendant's Motion for Compassionate Release (ECF 2)

The United States of America, by its undersigned attorney, respectfully requests that Exhibits to its Response to Defendant's Motion for Motion for Compassionate Release (ECF No. 2), be sealed until further order of the Court. Sealing of these exhibits are necessary because they contain BOP medical records which contain confidential health information of the defendant.

Respectfully submitted,

DAWN N. ISON
United States Attorney

*s/ Jasmine Ayana Moore*
Jasmine Ayana Moore
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9759
Jasmine.Moore@usdoj.gov

Dated: April 28, 2023

I certify that on April 28, 2023, I electronically filed the foregoing Motion with the Clerk of the Court for the Eastern District of Michigan using the ECF system, which will send notification of the filing to all users of record.

_s/ Jasmine Ayana Moore_
Jasmine Ayana Moore
Assistant United States Attorney